# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:14CR00001-01 |
| v. ) | **OPINION** |
| ) | |
| **VICTORIA LYNN HOYT,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

*Victoria Lynn Hoyt, Pro Se Defendant.*

On April 16, 2015, I had sentenced defendant Victoria Lynn Hoyt to 57 months' imprisonment (ECF No. 504), and on July 13, 2016, I dismissed Hoyt's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *United States v. Hoyt*, No. 2:14CR00001, 2016 WL 3884707, at *1 (W.D. Va. July 13, 2016). Several weeks later, Hoyt has filed another Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 682) based on a change in case law. Because Hoyt has not shown that the United States Court of Appeals for the Fourth Circuit has authorized her to file a successive § 2255 motion, the § 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

DATED:   October 31, 2016

/s/  James P. Jones
United States District Judge