## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 2:14CR00001-01 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **VICTORIA LYNN HOYT,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Victoria Lynn Hoyt, Pro Se Defendant.*

On April 16, 2015, I had sentenced defendant Victoria Lynn Hoyt to 57 months' imprisonment (ECF No. 504), and on July 13, 2016, I dismissed Hoyt's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *United States v. Hoyt*, No. 2:14CR00001, 2016 WL 3884707, at *1 (W.D. Va. July 13, 2016). Several weeks later, Hoyt has filed a pro se motion captioned, "Motion for Plain-Error Review Pursuant to Supreme Court Case *Molina-Martinez vs. United States*" (ECF No. 683), arguing that I should vacate the sentence.

Because Hoyt presently challenges her sentence, the motion falls squarely within the class of motions that must be construed as a new § 2255 motion. Because Hoyt does not establish that the United States Court of Appeals for the Fourth Circuit has authorized her to file a successive § 2255 motion, the construed

§ 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

DATED:   October 31, 2016

/s/  James P. Jones
United States District Judge

Case 2:14-cr-00001-JPJ-RSB   Document 693   Filed 10/31/16   Page 2 of 2   Pageid#: 6078